# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:09cv321

| | |
|---|---|
| JOE HAYNES; GROVER PAYNE; and KEN COLE, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ) ORDER |
| BLUE RIDGE PAPER PRODUCTS, INC., | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the court on Glen C. Shults's Motion for Admission *Pro Hac Vice* of William Gordon Ball. It appearing that William Gordon Ball is a member in good standing with the Tennessee Bar and will be appearing with Glen C. Shults, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court will allow the admission.

Review of the court's docket reveals, however, that Mr. Ball has been similarly admitted twice before in <u>Phillips v. Westbrook</u>, 1:93cv261 (WDNC 1993) and in <u>Gasperson v. Sprint Communications Company, L. P.</u>, 1:95cv208 (WDNC 1998). While Mr. Ball will be welcome to practice in this case, he is advised that it is policy of the district court that attorneys will not be serially admitted to practice *pro hac vice*

and that attorneys who regularly practice before the Bar of this court will need both a North Carolina State Bar license as well as regular admission to the Bar of this court. The court will make an exception for such third admission inasmuch as it appears that a substantial period of time has elapsed between admissions, which indicates that Mr. Ball is not attempting to regularly practice in this district.

## ORDER

**IT IS, THEREFORE, ORDERED** that Glen C. Shults's Motion for Admission *Pro Hac Vice* (#6) of William Gordon Ball is **GRANTED,** and William Gordon Ball is **ADMITTED** to practice, *pro hac vice,* before the Bar of this court while associated with Glen C. Shults.

Signed: October 2, 2009

Dennis L. Howell
United States Magistrate Judge